AO 106 (Rev. 06/09) Application for a Search Warrant



## UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Express Mail Parcel EI308956002US addressed to<br>Daniel Aguirre P.O. Box 1812 Chula Vista,CA.91912 | )<br>)<br>)  Case No.<br>)<br>)  **13MJ4320**<br>) |

### APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
The above article of mail which is in the custody of the US Postal Inspection Service in San Diego, California.

located in the _____Southern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized)*:
Controlled substances, materials, and documents reflecting the distribution of controlled substances through the US Mails, including money paid for controlled substances, in violation of Title 21, U.S.C., Sections 841(a)(1), 843(b), and 846.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Sections 841(a)(1), | Distribution controlled substances |
| 843(b), | Use of the US Mails |
| 846. | Conspiracy |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

P.G. Garn, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/22/2013

City and state: San Diego, California

*Judge's signature*

**David H. Bartick**
**United States Magistrate Judge**
*Printed name and title*

# AFFIDAVIT FOR SEARCH WARRANT

I, P. G. Garn, being duly sworn hereby depose and state:

1. I am a United States Postal Inspector assigned to the San Diego Field Office of the Postal Inspection Service and am detailed to the San Diego Integrated Narcotic Task Force as a Task Force Officer. My duties include investigating violations of the Drug Abuse Prevention and Control Act.

2. This affidavit is submitted in support of an application for a search warrant for the following parcels:

   Express Mail Parcel EI308955996US addressed to "Daniel Aguirre P.O. Box 1812 Chula Vista, CA. 91912" with a return address of "Shelton, 913 Beaumont Dr. Madison, Tn 37115"

   Express Mail Parcel EI308956002US addressed to "Daniel Aguirre P.O. Box 1812 Chula Vista, CA. 91912" with a return address of "Shelton, 913 Beaumont Dr. Madison, Tn 37115"

1

3.    I have been employed as a Postal Inspector for over 23 years, and have been employed by the Postal Service for over 28 years. I am currently assigned to the San Diego Narcotic Task Force as a Task Force Officer. In 1990 and 1995, I received formal training from the Postal Inspection Service regarding individuals using the U.S. Mail to transport controlled substances and proceeds from the sale of controlled substances as well as the use of Postal Money Orders to launder the proceeds of controlled substances transactions. I have also received formal training from the California Highway Patrol (1994) and United States Postal Inspection Service (1992) regarding the illicit use of controlled substances and the objective symptomatology of individuals who are under the influence of controlled substances. In 1994, I received formal training from the Drug Enforcement Administration (DEA) regarding narcotic investigations including street, mid-level, and major trafficking organizations; presumptive field testing, drug recognition, objective symptomatology of drug use, and investigative techniques. In 2002, I received formal drug interdiction training sponsored by the Drug Enforcement

2

Administration conducted in San Diego, CA regarding drug interdiction investigations as well as national and international drug trafficking trends. In June and July 2003, I received formal training from the International Narcotic Interdiction Association regarding trends in international and national drug trafficking and investigative methods. In August 2003, I received formal training from the DEA. In 2005 and 2010, I received additional formal training from the International Narcotic Interdiction Association regarding trends in international and national drug trafficking and investigative methods. In August 2007, I received formal training from the Department of Justice OCDETF and Asset Forfeiture programs on international and national drug trafficking trends. In March 2012, I received training on drug endangered training from the San Diego District Attorney's Office. Since 1994 I have been a member of the California Narcotics Officer Association and have received formal and informal training from this organization as well as read articles written by members regarding drug trafficking and narcotics investigations. Since 1994 I have been a member of the Western States Information Network and have received

briefings on drug trafficking trends and investigations by agents, officers, prosecutors and analysts as well as conducted training for other officers, agents, prosecutors and analysts involved in narcotics investigations. I have also conducted training for Postal Inspectors regarding the use of the Postal service to facilitate drug trafficking and money laundering as well as officials with the Australian Federal Police, Belgian Federal Police, EUROPOL, San Diego Sheriff's Office, El Cajon Police Department and San Diego Police Department.

4. Since 1991, I have been involved in hundreds of investigations involving the shipment of controlled substances including marijuana, methamphetamine, cocaine, heroin, opium and pharmaceuticals as well as drug proceeds through the U.S. Mail and other commercial shipping companies such as Federal Express and United Parcel Service (UPS). I have also investigated individuals who have used Postal Money Orders to launder the proceeds from controlled substance transactions. These investigations have resulted in the seizure considerable amounts of illicit drugs, drug related assets and drug related

4

evidence as well as numerous arrests of individuals for violations of federal and state controlled substances laws.

5. Based upon my training, experience and discussions with other agents, I know the following in summary:

    (a) Individuals who regularly handle controlled substances leave the scent of controlled substances on the currency and other items they handle. Proceeds from these sales are often stored in close proximity to the controlled substances, thereby transferring the odor of the controlled substance to the monies and packaging materials. Narcotic canines are trained to alert on the scents of controlled substances.

    (b) The Postal Inspection Service and DEA Narcotic Task Force Commercial Interdiction Team have worked aggressively to limit the use of shipping companies and the U.S. Mail for the transportation of controlled substance through these companies.

    (c) Ongoing investigations have disclosed that Priority/overnight and "two day" parcel deliveries have become a method of choice by drug dealers for the

transportation of contraband or the proceeds of narcotic sales.

(d) It is also known that Southern California is a source region for controlled substances being mailed throughout the United States. The proceeds from these narcotic transactions are then transported via the U.S. Mails and other communication facilities back to Southern California, the source of the controlled substances.

(e) Drug dealers prefer the U.S. Mail, (but will sometimes utilize commercial shipping companies), specifically "Express Mail" or "Priority Mail," for the narcotic or narcotic proceeds transportation for various reasons, some of which are listed below:

1. Items sent via "Express Mail" or "Priority Mail are considered to be first-class mail, therefore, cannot be examined without a Federal Search Warrant.

2. "Express Mail" is usually requested to be delivered by the next day's mail.

3. "Priority Mail" is usually requested to be delivered within two days of mailing.

4. Dispatch times for "Express Mail" are specific and are controllable by the mailer/shipper.

5. Any delay to the mail is an indication to the mailer the mailed item(s) have been possibly compromised by law enforcement agencies to obtain a search warrant.

6. While it is not always the case that a delay of "Express Mail" or "Priority Mail" is for law enforcement purposes, those involved in illegal transactions have found that the odds are against delays in deliveries of "Express Mail" or "Priority Mail" by United States Postal Service.

7. "Express Mail" and Priority Mail" may weigh up to 70 pounds and is desired for large volume shipments.

6. The information contained in this affidavit is based upon information I have gained from my investigation, my personal observations, my training and experience as well as information related to me by other Postal Inspectors and law enforcement officers and Postal employees. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I

have not included each and every fact known to me concerning this investigation. On November 21, 2013, other Postal Inspectors and I were conducting a routine interdiction of Express Mail parcels at the Midway Processing and Distribution Facility in San Diego, California. We identified Express Mail Parcel EI308955996US addressed to "Daniel Aguirre P.O. Box 1812 Chula Vista, CA. 91912" with a return address of "Shelton, 913 Beaumont Dr. Madison, Tn 37115" and Express Mail Parcel EI308956002US addressed to "Daniel Aguirre P.O. Box 1812 Chula Vista, CA. 91912" with a return address of "Shelton, 913 Beaumont Dr. Madison, Tn 37115" as suspicious for reasons which included:

    a. The size shape and appearance was similar to parcels identified in previous investigations containing drug proceeds.

    b. The parcels were mailed approximately two minutes apart from the same Post Office.

    c. The parcels listed a different zip code on the return address 37115 than the zip code 37075 where they were mailed. I know from previous investigations that criminals

8

shipping drugs and drug proceeds will attempt to conceal their identities by mailing parcels from different offices than what they list on zip codes.

7. On November 21, 2013, I met with Redlands Police Department Investigator Patrick Estrada and his trained drug detection dog "Kass". Investigator Estrada and Kass conducted individual exterior inspections of the subject parcels (Express Mail Parcel EI308955996US and Express Mail Parcel EI308956002US in my presence. Investigator Estrada told me Kass alerted to the presence of the odor of controlled substances coming from the aforementioned parcels. I secured the parcels pending an application for a search warrant.

8. I have been advised of the qualifications of the dog handler, Investigator Estrada and his drug detection dog as described in Attachment A, which is filed in conjunction herewith and incorporated by reference herein.

9. I learned the following in summary from a computerized check of California Department of Motor Vehicle Records: Daniel Aguirre lists an address of PO Box 1812, Chula Vista, CA

91912 on his assigned license B7948902 which also lists a date of birth of 9/16/1981.

10. I learned from a computerized check of law enforcement records the following in summary: Daniel Aguirre with a date of birth of 9/16/1981 was arrested for possession of marijuana with intent to distribute, convicted and on Federal probation in San Diego.

11. On November 21, 2013, I spoke with US Probation Officer Meredith Hammond. Officer Hammon confirmed Aguirre was on federal probation.

12. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe controlled substances, notes and/or currency from the illegal sale and mailing of controlled substances are being concealed in the Mail article as described and seek the issuance of a search warrant directing the search of the article as described above and the seizure of the article, any controlled substances, currency, and/or materials and documents reflecting the distribution of controlled substances,

all in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

P. G. Garn
Postal Inspector

Sworn to before me, and subscribed in my presence, on this 22nd day of November, 2013.

Hon. David H. Bartick
U. S. Magistrate Judge

## ATTACHMENT A

## STATEMENT

On 11-21-13, I, Redlands Police Department Investigator Patrick Estrada, was asked to have my assigned Narcotic Detection trained and certified canine partner Kass conduct a search of USPS Express Mail Parcel number EI 308956002 US, in order to determine if he would show an alert to any odors of narcotics emitting from it.  At 2535 Midway Dr, San Diego CA, I had Kass search an area with boxes, and other miscellaneous equipment.  Kass had no alerts.  The parcel was then placed in this area and I again had Kass search.  When Kass searched the second time, he located and alerted on the parcel, indicating that the odor of narcotics were in fact present, coming from it.

## OFFICER'S EXPERTISE

I, Patrick Estrada, have been a police officer, employed with the Redlands Police Department for over 7 years.  I am currently assigned to the East Valley Street Enforcement Team (EVSET), a narcotics task force division as a narcotic investigator and canine handler.  I have been assigned to the division since June of 2012, and have been a canine handler since then as well.  My training and experience includes the following:

-I received my initial training in narcotic/drug investigations at the San Bernardino County Sheriff's academy; I received an 8-hour block of instruction in narcotics. After the academy, I worked as a patrol officer with the Redlands Police Department.  While in patrol, I arrested dozens of subjects for being under the influence of narcotics, possession of narcotics, and narcotic paraphernalia.
-I have attended the San Bernardino County Sheriff Department Dealing with Informants class, San Bernardino County Sheriff Department Search Warrant Preparation class, and the San Bernardino County Sheriff Department H&S 11550/under the influence class, as well as the California

Narcotics Officers Association (CNOA) Conference and training courses, such as interdiction courses, narcotics crime trends and update courses, and transportation and sales trends.

-I have participated in hundreds of narcotic/drug investigations leading to the arrest of individuals for drug related offenses. Through these investigations I have made seizures of controlled substances, and narcotics paraphernalia, and served arrest and search warrants in which controlled substances, and narcotics paraphernalia were recovered.

-Additionally, I have assisted other officers and other agencies in searches where controlled substances, and narcotics paraphernalia were found. I continue to contact, observe and arrest subjects involved with the sales and distribution of controlled substances.

-While working in narcotics, I am involved in a number of searches, locating numerous types of drugs and narcotics, and identifying these substances with narcotics field tests. These substances are later tested in the San Bernardino County Sheriff Department crime lab and proved to be controlled substances.

-I have also been a single purpose narcotics K9 handler partnered with a 4 year old male K9 named Kass. He is trained on narcotic odor detection, and has never been trained on uncirculated money. We both have successfully completed a 3 week course on narcotic odor detection and have been certified by the California Narcotic Canine Association (CNCA).

-On July 25, 2012, Kass and I were certified as a single purpose narcotics K9 team by the California Narcotics Canine Association (CNCA). That certification lasts for one year.

-Kass and I train on narcotics detection with a canine group consisting of other police agencies in the surrounding area every week using only narcotics odors. We spend an average of 2-4 hours training each week on narcotics odors.

-On July 21, 2013, Kass and I again were certified as a single purpose narcotics K9 team by the CNCA.

-Kass has accumulated over 300 hours of training hours since we have been a narcotics K9 team.